

FILED
SUPERIOR COURT
OF GUAM

2013 FEB -7 AM II: 10

CLERK OF COURT
BY_____

## IN THE SUPERIOR COURT OF GUAM

MICHAEL W. KENNEDY,                )
                                   )
            Plaintiff.             )        CASE NO. CV0499-02
                                   )
      v.                           )
                                   )    **DECISION AND ORDER**
                                   )    **RE: MOTION FOR**
                                   )    **DISQUALIFICATION**
GENTLECARE DENTAL                  )
ASSOCIATES, P.C. and HUGH SULE,    )
                                   )
            Defendants,            )
                                   )
                                   )

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III, on February 5, 2013 on Plaintiffs' Objection to this Court presiding over the proceedings. Attorney Robert Keogh represented Plaintiff Michael Kennedy. Attorney Mitchell F. Thompson represented Defendants GentleCare Dental Associates, P.C. and Dr. Hugh Sule. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On January 25, 2013, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106 after parties issued their trial witness lists. On February 5, 2013 Plaintiffs filed their motion to disqualify this Court from presiding over the above-captioned matter. There is no opposition to the motion.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby GRANTED and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

**ORIGINAL**

Decision and Order
Case No. CV0499-02

It is **SO ORDERED** this 7th day of February, 2013.

FEB 0 6 2013

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam

FEB 0 7 2013

Amanda B. Quitoriano
Deputy Clerk, Superior Court of Guam

**ORIGINAL**